# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3287

_____

Alfred Brown,

    Appellant,

v.

State of Arkansas, Attorney General;
Arkansas Court of Appeals, All Judges,

    Appellees.

Appeal from the United States
District Court for the
Eastern District of Arkansas.

[UNPUBLISHED]

_____

Submitted: October 5, 1999
Filed: October 8, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Alfred Brown appeals from the district court's[1] 28 U.S.C. § 1915(e)(2)(B) dismissal of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record and Brown's brief, we decline to appoint counsel, and we conclude dismissal was proper because the complaint failed to state a claim and was brought against defendants who were immune. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.